478 A.2d 62

Commonwealth v. Tressler, Jr., Appellant.

Petition for Allowance of Appeal
Denied Jan. 9, 1985.

 Submitted November 28, 1983. Gary A. Delafield, for appellant; Ray F. Gricar, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, MONTEMURO and MONTGOMERY, JJ.

Order affirmed.